**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAMSAN SUON, | CASE NO. CV-F-03-6201 AWI WMW HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PETITION FOR WRIT OF HABEAS CORPUS |
| TOM CAREY, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 24, 2006, the Magistrate Judge filed findings and recommendations that recommended the petition for writ of habeas corpus be denied. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. Petitioner filed objections on April 26, 2006.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis. In the objections, petitioner states that the Magistrate Judge has only recommended the court deny the petition because petitioner did not prove

he is entitled to relief. Petitioner contends that the Magistrate Judge has mistakenly taken the position that habeas corpus relief is only available to a petitioner who can properly prove relief. Petitioner claims that the Magistrate Judge failed to act as a fair referee of the court to ensure the state court's procedures were followed. Plaintiff is incorrect that he has no burden to prove his claims. The burden is on the habeas petitioner to prove, by a preponderance of the evidence, the facts necessary to support the claim. McKenzie v. McCormick, 27 F.3d 1415, 1419 (9th Cir.1994). "Conclusory allegations which are not supported by a statement of specific facts do not warrant habeas relief." James v. Borg, 24 F.3d 20, 26 (9th Cir.1994). The court may only grant a petition for writ of habeas corpus on a claim that the state court has heard on the merits if a petitioner shows the state court's decision (1) "resulted in a decision that was contrary to, or involved an unreasonable application of, clearly established Federal law . . . or (2) resulted in a decision that was based on an unreasonable determination of the facts in light of the evidence presented in the State court proceedings." 28 U.S.C. § 2254(d). Because Petitioner did not meet this burden, the Magistrate Judge correctly recommended that the petition be denied.

Based on the foregoing, it is HEREBY ORDERED that:

1. The findings and recommendations issued by the Magistrate Judge on March 24, 2006, are a adopted in full;

2. The Petition for Writ of Habeas Corpus is denied;

3. The Clerk of the Court is directed to enter judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:   July 22, 2006**             **/s/ Anthony W. Ishii**
0m8i78                                UNITED STATES DISTRICT JUDGE