IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMSAN SUON, | 1:03-CV-06201-AWI-WMW-HC |
| Petitioner, | |
| vs. | ORDER DISREGARDING REQUEST FOR APPOINTMENT OF COUNSEL |
| TOM CAREY, | (Document #22) |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On August 21, 2006, petitioner filed a request for appointment of counsel. In light of the fact that petitioner's petition was denied by this court on July 24, 2006, and petitioner filed an appeal to the Court of Appeals for the Ninth Circuit on August 15, 2006, the request for appointment of counsel is more properly brought before the Court of Appeals. Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of counsel is DISREGARDED by this court.

IT IS SO ORDERED.

**Dated:   September 19, 2006**          **/s/  William M. Wunderlich**
bl0dc4                                             UNITED STATES MAGISTRATE JUDGE